# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA BURGS, | : |
| *Plaintiff*, | : |
| v. | : Case No.: 1:21-cv-01429-JPW |
| LEBANON COUNTY HOUSING AND REDEVELOPMENT AUTHORITY, | : |
| *Defendant*. | : |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On consent of the parties and counsel, kindly dismiss the above-captioned matter with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

| | |
|---|---|
| **J.P. WARD & ASSOCIATES, LLC** | **SALMON, RICCHEZZA, SINGER & TURCHI, LLP** |
| **/s/ Joshua P. Ward** | **/s/ Joseph L. Turchi** |
| Joshua P. Ward, Esquire | Joseph L. Turchi, Esquire |
| Counsel for Plaintiff | Counsel for Defendant |
| J.P. Ward & Associates, LLC | Salmon, Ricchezza, Singer & Turchi, LLP |
| The Rubicon Building | 1601 Market Street |
| 201 South Highland Avenue, Suite 201 | Suite 2500 |
| Pittsburgh, PA 15206 | Philadelphia, PA 19103 |
| (412) 545-3015 | 215-606-6600 |
| (412) 545-3399 (fax) | 215-606-6601 (fax) |
| jward@jpward.com | jturchi@srstlaw.com |